FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2021

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National
Association, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series
2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Michael E. Mery, Judge Presiding

## O R D E R

On March 2, 2021, appellant filed a response to our order stating she has had problems obtaining the record. Appellant requested a sixty-day extension of time so that she may retain appellate counsel to ensure the clerk's record and reporter's record are complete. On March 2, 2021, this court ordered appellant to retain appellate counsel no later than April 1, 2021, if appellant desired to retain appellate counsel.

On March 31, 2021, retained appellate counsel filed a request to abate appellate deadlines and provided written proof that appellant has paid the reporter's fee to Ms. Judy Stewart to prepare a transcript for a hearing taking place with Judge Cynthia Marie Chapa on May 5, 2020. Accordingly, Ms. Stewart is ORDERED to file the reporter's record **no later than May 10, 2021**.

Appellants motion to abate appellate deadlines is GRANTED. Appellant's brief will be due 30 days from the date Ms. Stewart files her record.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2021.



MICHAEL A. CRUZ, Clerk of Court